IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NETALOG, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00980 |
| | ) | |
| TEKKEON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Defendant's Motion to Dismiss for Improper Venue or, in the alternative, to Transfer this Action to the Central District of California [Document #12] is hereby DENIED.

This, the 15th day of February, 2007.

_____
United States District Judge